

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2022

No. 04-21-00240-CV

**INTEREST OF C.H., J.H., E.H., I.B.H., AND I.A.H.,**

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. CV06287
Honorable Pedro (Pete) Gomez Jr., Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's order terminating Appellant R.H.'s parental rights. Appellant R.H. has been found not indigent. She was recently given forty-five days to retain counsel. Her appellant's brief was due January 31, 2022, but has not been filed.

We ORDER Appellant R.H. to file, on or before **February 28, 2022**, her appellant's brief and a written response reasonably explaining (1) her failure to timely file the brief and (2) why appellee is not significantly injured by her failure to timely file a brief. If Appellant R.H. fails to file a brief and the written response by the date ordered, her appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court